

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-07-231-CV

NOBLE EZUKANMA, M.D. AND                    APPELLANTS
HEALTHFIRST MEDICAL GROUP,
P.A., AND KRISHNABABU
CHUNDURI, M.D.

V.

ROBERT GENE CUNNINGHAM,                     APPELLEES
INDIVIDUALLY AND AS REPRESENTATIVE
OF THE ESTATE OF PATRICIA MAUDINE
CUNNINGHAM, DECEASED, ROBIN LEE
CUNNINGHAM BISHOP, AND TRACY
JEANNE CUNNINGHAM LANG

AND

ROBERT GENE CUNNINGHAM,                     APPELLANTS
INDIVIDUALLY AND AS REPRESENTATIVE
OF THE ESTATE OF PATRICIA MAUDINE
CUNNINGHAM, DECEASED, ROBIN LEE
CUNNINGHAM BISHOP, AND TRACY JEANNE
CUNNINGHAM LANG

V.

LADI O.M. HAROONA, M.D.                      APPELLEE

----------

FROM THE 141ST DISTRICT COURT OF TARRANT COUNTY

----------

# MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellants Noble Ezukanma, M.D. and HealthFirst Medical Group, P.A. and appellees Robert Gene Cunningham, Individually and as Representative of the Estate of Patricia Maudine Cunningham, Deceased, Robin Lee Cunningham Bishop, and Tracy Jeanne Cunningham Lang's "Joint Motion To Dismiss." It is the court's opinion that the motion should be granted; therefore, we dismiss appellants' appeal of the final judgment entered in appellees' favor only. *See* Tex. R. App. P. 42.1(a)(2), 43.2(f).

Costs of appellants' appeal of the judgment entered in appellees' favor shall be paid by the party incurring the same, for which let execution issue.

PER CURIAM

PANEL: GARDNER, DAUPHINOT, and HOLMAN, JJ.

DELIVERED: December 11, 2008

---

[1] *See* Tex. R. App. P. 47.4.